No. 09–11161. JOHNSON v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11162. TURNER v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 09–11164. PEARSON v. BRACE ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11165. MONTERO v. WELLS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11167. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11168. CHANCELLOR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 09–11169. REBAYA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11170. RUCKER v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11171. SMITH v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 09–11172. SERVIN v. MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11173. JUVENILE MALE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11174. SHOOP v. WEST VIRGINIA. Cir. Ct. Morgan County, W. Va. Certiorari denied.

No. 09–11176. MCLEAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 09–11177. LONDO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11179. LACEY v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 09–11180. RODRIGUEZ-VELEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.